W. STUART SMITH COMPANY, INC., Respondent, v. RIDGE ROAD PASSENGER LINE, INC., Appellant, Impleaded with LESLIE M. BUCKLEY.— Order affirmed, with costs. All concur.

ACME PATTERN AND MACHINE COMPANY, INC, Appellant, v. CLEBURNE EBERHART, JR., Doing Business under the Name of " DIRECT-O-LIGHT CO.," Respondent.— Judgment and order affirmed, with costs. All concur.

EUGENE WOODEN, Respondent, v. GENEVA, SENECA FALLS AND AUBURN RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

JOSEPH W. STEWART, Respondent, v. HYDRAULIC RACE COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

ALICE W. RAMSDORF, Appellant, v. JOHN B. HIGGINS, as Marshal of the City Court of Buffalo, N. Y., and Others, Respondents.— Judgments and order reversed, upon questions of law and of fact, and a new trial granted, with costs to appellant to abide event. Held, 1. The verdict is against the weight of the evidence as to the title of the property. 2. That the order amending the verdict and judgment was unauthorized. All concur.

STANLEY MAY, Respondent, v. ALEXANDER ZALESKI, Appellant.— Judgment and order affirmed, with costs. All concur.

In the Matter of the Application of FRED E. DEAN, Respondent, for a Peremptory Writ of Mandamus. WILLIAM U. S. PARSONS, President of the Village of Wilson, New York, and Others, Appellants.— Final order affirmed, with costs. All concur.

MARY DeHART and Others, Appellants, v. GEORGE V. FORMAN and Others, Respondents.— Order of affirmance amended by consent [See 197 App. Div. 918], so as to permit plaintiffs to operate power house and power and pull rods in connection with four oil wells already drilled. Motion for reargument denied, without costs. Motion for leave to appeal to Court of Appeals denied.

ZACHARIAH L. TOMPKINS, Respondent, v. EDWARD F. COLE, Appellant, Impleaded, etc.— Motion for reargument denied, with ten dollars costs.

BERTHA E. JONES AUSTIN, as Administratrix, etc., Respondent, v. NEW YORK STATE RAILWAYS, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

MARGARET B. LONG, Appellant, v. JOHN G. ELBS, Respondent.— Appeal dismissed unless appellant shall file and serve printed papers on appeal by November fourteenth.